No. 20-1357 (L)

———

STATE OF CALIFORNIA, by and through Attorney General Rob Bonta and the California Air Resources Board, et al.,

*Petitioners*,

v.

MICHAEL REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency, et al.,

*Respondents*,

AMERICAN PETROLEUM INSTITUTE et al.,

*Intervenors for Respondents*.

———

**MOTION OF ALL PETITIONERS FOR VOLUNTARY DISMISSAL**

———

In September 2020, petitioners in these consolidated cases (Cases No. 20-1357, -1359, and -1363) sought this Court's review of a rule of the U.S. Environmental Protection Agency (EPA) published as "Oil and Natural Gas Sector: Emission Standards for New, Reconstructed, and Modified Sources Review," 85 Fed. Reg. 57,018 (Sept. 14, 2020) (Rule). As EPA recently notified the Court, the President has now signed and enacted into law a joint resolution of Congress that disapproved the Rule pursuant to the Congressional Review Act. Notice of Congressional Action, ECF No. 1904775 (July 1, 2021). Because the agency action under review "is now without force or effect and cannot be re-promulgated," *id.* at 2, all petitioners move under Federal Rule of Appellate Procedure 42(b) to voluntarily dismiss their cases, with each party to bear its own costs.

1

Federal Respondents consent to this motion, as does Intervenor for Respondent American Petroleum Institute. Counsel for the remaining Intervenors for Respondents did not respond to the undersigned's request for positions on this motion sent on July 26, 2021.

<div style="float:right">

Respectfully submitted,

/s/ Matthew Littleton
MATTHEW LITTLETON
Donahue, Goldberg & Littleton
1008 Pennsylvania Avenue SE
Washington, DC 20003
(202) 683-6895
matt@donahuegoldberg.com

PETER ZALZAL
ROSALIE WINN
VICKIE PATTON
Environmental Defense Fund
2060 Broadway, Suite 300
Boulder, CO 80302
(303) 447-7214
pzalzal@edf.org

*Counsel for Petitioner Environmental Defense Fund in Case No. 20-1359*

</div>

Dated: July 29, 2021

**Petitioners in Case No. 20-1357**

FOR THE STATE OF CALIFORNIA, by and through its Attorney General Rob Bonta, and the California Air Resources Board

Rob Bonta
Attorney General of California

Robert Byrne
Edward H. Ochoa
Senior Assistant Attorneys General

Gary E. Tavetian
David A. Zonana
Supervising Deputy Attorneys General

Caitlan McLoon
Philip M. Hoos
Deputy Attorney General

/s/ Timothy E. Sullivan
Timothy E. Sullivan
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612
(510) 879-0987
timothy.sullivan@doj.ca.gov

FOR THE STATE OF COLORADO, by and through its Attorney General Philip J. Weiser, and the Colorado Department of Public Health and Environment

Philip J. Weiser
Attorney General

Eric R. Olson
Solicitor General

Scott Steinbrecher
Assistant Deputy Attorney General
Natural Resources and Environment Section

/s/ Eric R. Olson
Eric R. Olson
Solicitor General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6548
eric.olson@coag.gov

| FOR THE STATE OF CONNECTICUT | FOR THE STATE OF DELAWARE |
|---|---|
| WILLIAM TONG<br>Attorney General | KATHLEEN JENNINGS<br>Attorney General |
| /s/ Jill Lacedonia<br>JILL LACEDONIA<br>Assistant Attorney General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5250<br>jill.lacedonia@ct.gov | /s/ Christian Douglas Wright<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>VALERIE EDGE<br>JAMESON A.L. TWEEDIE<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 North French Street<br>Wilmington, DE 19801<br>(302) 577-8600<br>christian.wright@delaware.gov |

| FOR THE STATE OF ILLINOIS | FOR THE STATE OF MARYLAND |
|---|---|

FOR THE STATE OF ILLINOIS

KWAME RAOUL
Attorney General

MATTHEW J. DUNN
Chief, Environmental
  Enforcement/Asbestos Litigation
  Division

/s/ Gerald Karr
GERALD KARR
JASON E. JAMES
Assistant Attorneys General
69 West Washington Street 18th Floor
Chicago, IL 60602
(312) 814-0660
gerald.karr@illinois.us

FOR THE STATE OF MAINE

AARON M. FREY
Attorney General

/s/ Laura E. Jensen
LAURA E. JENSEN
Assistant Attorney General
Office of the Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8868
laura.jensen@maine.gov

FOR THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General

/s/ Joshua M. Segal
JOSHUA M. SEGAL
Special Assistant Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6446
jsegal@oag.state.md.us

FOR THE COMMONWEALTH OF
  MASSACHUSETTS

MAURA HEALEY
Attorney General

/s/ Megan Herzog
MEGAN HERZOG
Special Assistant Attorney General
  for Climate Change
Environmental Protection Division
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
megan.herzog@mass.gov

| | |
|---|---|
| FOR THE PEOPLE OF THE STATE OF MICHIGAN | FOR THE STATE OF NEW JERSEY |

Dana Nessel
Attorney General

/s/ Elizabeth Morrisseau
Elizabeth Morrisseau
Assistant Attorney General
Environment, Natural Resources, and
 Agriculture Division, 6th Floor
G. Mennen Williams Building
525 West Ottawa Street
P.O. Box 30755
Lansing, MI 48909
(517) 335-7664
morrisseaue@michigan.gov

FOR THE STATE OF MINNESOTA

Keith Ellison
Attorney General

/s/ Peter N. Surdo
Peter N. Surdo
Special Assistant Attorney General
445 Minnesota Street Suite 900
Saint Paul, MN 55101
(651) 757-1061
peter.surdo@ag.state.mn.us

Andrew J. Bruck
Acting Attorney General

/s/ Lisa Morelli
Lisa Morelli
Deputy Attorney General
25 Market Street
P.O. Box 093
Trenton, NJ 08625-0093
(609) 376-2745
lisa.morelli@law.njoag.gov

FOR THE STATE OF NEW MEXICO

Hector Balderas
Attorney General

/s/ William Grantham
William Grantham
Assistant Attorney General
201 Third Street NW, Suite 300
Albuquerque, NM 87102
(505) 717-3520
wgrantham@nmag.gov

| FOR THE STATE OF NEW YORK | FOR THE STATE OF NORTH CAROLINA |
|---|---|
| Letitia James<br>Attorney General | Joshua H. Stern<br>Attorney General |
| Barbara D. Underwood<br>Solicitor General | Daniel S. Hirschman<br>Senior Deputy Attorney General |
| Steven C. Wu<br>Deputy Solicitor General | /s/ Asher P. Spiller<br>Asher P. Spiller |
| /s/ Morgan A. Costello<br>Morgan A. Costello<br>Michael J. Myers<br>Assistant Attorneys General<br>Office of the Attorney General<br>The Capitol<br>Albany, NY 12224<br>(518) 776-2392<br>morgan.costello@ag.ny.gov | Taylor H. Crabtree<br>Assistant Attorneys General<br>North Carolina Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602<br>(919) 716-6400<br>aspiller@ncdoj.gov |

| FOR THE STATE OF OREGON | FOR THE COMMONWEALTH OF PENNSYLVANIA |
|---|---|
| Ellen F. Rosenblum<br>Attorney General | Josh Shapiro<br>Attorney General |
| /s/ Paul Garrahan<br>Paul Garrahan<br>Attorney-in-Charge | Michal J. Fischer<br>Chief Deputy Attorney General |
| Steve Novick<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>(503) 947-4593<br>paul.garrahan@doj.state.or.us | /s/ Ann R. Johnston<br>Ann R. Johnston<br>Senior Deputy Attorney General<br>Office of Attorney General<br>1600 Arch St. Suite 300<br>Philadelphia, PA 19103<br>(215) 560-2171<br>ajohnston@attorneygeneral.gov |

FOR THE STATE OF RHODE ISLAND

Peter F. Neronha
Attorney General

/s/ Gregory S. Schultz
Gregory S. Schultz
Special Assistant Attorney General
Rhode Island Office of Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400
gschultz@riag.ri.gov

FOR THE STATE OF VERMONT

THOMAS J. DONOVAN, JR.
Attorney General

/s/ Nicholas F. Persampieri
NICHOLAS F. PERSAMPIERI
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3171
nick.persampieri@vermont.gov

FOR THE COMMONWEALTH OF VIRGINIA

MARK R. HERRING
Attorney General

DAVID C. GRANDIS
Senior Assistant Attorney General
Chief, Environmental Section

/s/ Christopher E. Bergin
CHRISTOPHER E. BERGIN
Assistant Attorney General
Office of the Attorney General
Commonwealth of Virginia
202 North 9th Street
Richmond, VA 23219
(804) 786-1780
godwyer@oag.state.va.us

FOR THE STATE OF WASHINGTON

ROBERT W. FERGUSON
Attorney General

/s/ Caroline E. Cress
CAROLINE E. CRESS
Assistant Attorney General
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504
(360) 586-4613
caroline.cress@atg.wa.gov

| FOR THE DISTRICT OF COLUMBIA | FOR THE CITY AND COUNTY OF DENVER |
|---|---|
| Karl A. Racine<br>Attorney General | Kristin M. Bronson<br>City Attorney |
| /s/ Loren L. AliKhan<br>Loren L. AliKhan<br>Solicitor General<br>Office of the Attorney General<br>400 Sixth Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 727-6287<br>loren.alikhan@dc.gov | /s/ Edward J. Gorman<br>Edward J. Gorman<br>Lindsay S. Carder<br>Assistant City Attorneys<br>Denver City Attorney's Office<br>201 West Colfax Avenue, Dept. 1207<br>Denver, Colorado 80202<br>(720) 913-3275<br>edward.gorman@denvergov.org |

FOR THE CITY OF CHICAGO

Celia Meza
Corporation Counsel

/s/ Benna Ruth Solomon
Benna Ruth Solomon
Deputy Corporation Counsel

Jared Policicchio
Supervising Assistant Corporation Counsel
30 North LaSalle Street, Suite 800
Chicago, IL 60602
(312) 744-7764
benna.solomon@cityofchicago.org

10

**Remaining Petitioners in Case No. 20-1359**

Elizabeth Jones
Clare Lakewood
Center for Biological Diversity
660 South Figueroa Street, Suite 1000
Los Angeles, CA 90017
Phone: (213) 785-5400
ljones@biologicaldiversity.org
clakewood@biologicaldiversity.org

*Counsel for Center for Biological Diversity*

Ann Brewster Weeks
Darin Schroeder
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
aweeks@catf.us
dschroeder@catf.us

*Counsel for Earthworks and National Parks Conservation Association*

Adam Carlesco
Staff Attorney, Climate & Energy
Food & Water Watch
1616 P Street NW, Suite 300
Washington, DC 20036
(202) 683-4925
acarlesco@fwwatch.org

*Counsel for Food & Water Watch*

David Doniger
Peter Huffman
Natural Resources Defense Council
1152 15th Street NW, Suite 300
Washington, DC 20005
(202) 289-2403
ddoniger@nrdc.org
phuffman@nrdc.org

*Counsel for Natural Resources Defense Council*

Andres Restrepo
Sierra Club
50 F Street NW, 8th Floor
Washington, DC 20001
(301) 367-7572
andres.restrepo@sierraclub.org

Joanne Spalding
Sierra Club
2101 Webster Street, Suite 1300
Oakland, CA 94612
(415) 977-5725
joanne.spalding@sierraclub.org

*Counsel for Sierra Club*

Robin Cooley
Caitlin Miller
Earthjustice
633 17th Street, Suite 1600
Denver, CO 80202
(303) 623-9466
rcooley@earthjustice.org
cmiller@earthjustice.org

*Counsel for Ft. Berthold Protectors of Water and Earth Rights, Clean Air Council, and Sierra Club*

**Petitioner in Case No. 20-1363**

/s/ Justin Vickers

Justin Vickers
Ann Jaworski
Environmental Law & Policy Center
35 East Wacker Drive, Suite 1600
Chicago, IL 60601
(312) 795-3736
jvickers@elpc.org
ajaworski@elpc.org