# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 20-1357** | **September Term, 2020** |
| | EPA-85FR57018 |
| | **Filed On:** August 25, 2021 |

State of California, by and through Attorney General Xavier Becerra, and the California Air Resources Board, et al.,

      Petitioners

    v.

Michael S. Regan, in his official capacity as Administrator, United States Environmental Protection Agency and Environmental Protection Agency,

      Respondents

------------------------------

American Petroleum Institute, et al.,
      Intervenors
------------------------------

Consolidated with 20-1359, 20-1363

## O R D E R

Upon consideration of the motion of all petitioners for voluntary dismissal, it is

**ORDERED** that the motion be granted and these consolidated cases be dismissed. The Clerk is directed to issue the mandate to the agency forthwith.

      **FOR THE COURT:**
      Mark J. Langer, Clerk

    BY:   /s/
           Tatiana Magruder
           Deputy Clerk